# EXHIBIT 1



Jordan *et al.* v. City of Providence *et al.*
1:23-cv-

# EXHIBIT 2





Jordan *et al.* v. City of Providence *et al.*
1:23-cv-

# EXHIBIT 3



Jordan *et al.* v. City of Providence *et al.*
1:23-cv-

# EXHIBIT 4



Jordan *et al.* v. City of Providence *et al.*
1:23-cv-

# EXHIBIT 5



Jordan *et al.* v. City of Providence *et al.*
1:23-cv-

# EXHIBIT 6

